George W. Lang, II, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and CLEMENT, Circuit Judges.

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

PER CURIAM: *

This case returns to us on remand from the Supreme Court of the United States. The Supreme Court vacated our judgment and remanded the case for further consideration in light of *Cuellar v. United States,* —— U.S. ——, 128 S.Ct. 1994, 170 L.Ed.2d 942 (2008). *Balderas v. United States,* —— U.S. ——, 128 S.Ct. 2901, —— L.Ed.2d —— (2008). Accordingly, we remand the case to the District Court for the Northern District of Texas for further proceedings

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

not inconsistent with the opinion of the Supreme Court.

VACATED and REMANDED.

**Samson Taiwo DADA, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 06–60180

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2008.

Raed Gonzalez, Quan, Burdette & Perez, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Robert N. Markle, John Clifford Cunningham, Elizabeth J. Stevens, U.S. Department of Justice, Washington, DC, for Respondent.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This court previously denied Dada's petition for review. *Dada v. Gonzales,* 207 Fed.Appx. 425 (5th Cir.2006), *cert. grant-*

ed, *Dada v. Keisler*, —— U.S. ——, 128 S.Ct. 36, 168 L.Ed.2d 805 (2007). The Supreme Court of the United States reversed and remanded the case for further consideration. *Dada v. Mukasey*, —— U.S. ——, 128 S.Ct. 2307, 171 L.Ed.2d 178 (2008). At this court's request, the parties filed supplemental letter briefs, in which they agree that the case should be remanded to the Board of Immigration Appeals. Accordingly, the petition for review is GRANTED, and the case is REMANDED to the Board of Immigration Appeals for further proceedings in the light of the Supreme Court's opinion.

REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under